UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12CR3847-03-IEG |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL OF INDICTMENT AS TO DEFENDANT BETHANY COSTA AND JUDGMENT** |
| v. | ) ) | |
| BETHANY COSTA (3), | ) ) | |
| Defendant. | ) ) ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-3847 as to defendant BETHANY COSTA be dismissed without prejudice.

**DATED: July 11, 2013**

_____
**IRMA E. GONZALEZ
United States District Judge**